No. 1816, Misc. RUTKOWSKI *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 1831, Misc. MILLER *v.* NELSON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 1832, Misc. STANBRIDGE *v.* NEW YORK. Ct. App. N. Y. Certiorari denied. 

No. 1834, Misc. URTADO *v.* BETO, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 1837, Misc. TAHL *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied. 

No. 1840, Misc. LANCASTER *v.* HOCKER, WARDEN. Sup. Ct. Nev. Certiorari denied.

No. 1842, Misc. MOORE *v.* COX, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 1847, Misc. STEVENSON *v.* MANCUSI, WARDEN. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 1853, Misc. STALLINGS *v.* SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied. 

No. 1855, Misc. BROOKS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 1864, Misc. PEABODY *v.* BOLDT, U. S. DISTRICT JUDGE. C. A. 9th Cir. Certiorari denied.

No. 1866, Misc. LUTZ *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.